Memorandum Letter

February 18, 2006

    John M. Waters, Clerk
    U.S. District Court,
    151 U.S. Courthouse
    600 E. Monroe Street
    Springfield, IL 62701

    Re:   Status on Motion filed
          purusnat to 3582
          Case No. 96-CR-30008-001



Dear Honorable Clerk;

This communication is to find out what the current status of the § 3583 & 3661 motion filed under the mailbox rule on November 3, 2005.

Also, I am asking whether its possible to amend under the advisory regime if my judge made a statement against the mandatory nature of the guidelines. If so, I may want to file in that respect under subsection (b)(5)(A)(6) and other statutes. If so, I would ask for a stay pending a filed amendment to include with the 3582.

I thank you, in advance for your time and assistance.

Respectfully submitted,

Tyrone Carter, Defendant

cc: TC/c