**E-FILED**
Monday, 10 July, 2006  10:42:40 AM
Clerk, U.S. District Court, ILCD

Memorandum Letter

July 1, 2006

Clerk of the Court
U.S. District Court, Central
151 U.S. Courthouse
600 E. Monroe Street
Springfield, IL 62701

    Re: United States v. Tyrone Carter
        Criminal No. 96-30008-001

        *Status on Attendant Motion filed
        under 18:USC:3582(c)(2), and copy
        of docket statement from 2005-present

Dear Honorable Clerk:

    During the 2005 term, I filed a motion under Title 18 U.S.C. § 3582(c)(2). Since such time I have no received any responses from counsel for the United States, or any other orders related on this premises.

    Moreso, I recently sent a letter requesting for the current status, which still, I have yet to be advised on the motion.

    Honorable Clerk, I am reqesting for the status on the motion along with a copy of the transcript of that proceeding and the current docket statement (which does not have to a full printout).

    Your assistance in this matter is greatly arged. I thank you in advance and hope to hear from your office very soon.

                Sincerely,

                TYRONE CARTER, IN PRO SE

                */s/ Tyrone Carter*
                Tyrone Carter, Defendant

cc: TC

    Also enclosed is a copy of previous letter.

*[Stamp: FILED JUL 0 7 2006, JOHN M. WATERS, Clerk, U.S. DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS]*

Memorandum Letter

February 18, 2006

>John M. Waters, Clerk
>U.S. District Court,
>151 U.S. Courthouse
>600 E. Monroe Street
>Springfield, IL 62701

>Re:  Status on Motion filed
>     purusnat to 3582
>     Case No. 96-CR-30008-001

Dear Honorable Clerk:

This communication is to find out what the current status of the § 3583 & 3661 motion filed under the mailbox rule on November 3, 2005.

Also, I am asking whether its possible to amend under the advisory regime if my judge made a statement against the mandatory nature of the guidelines. If so, I may want to file in that respect under subsection (b)(5)(A)(6) and other statutes. If so, I would ask for a stay pending a filed amendment to include with the 3582.

I thank you, in advance for your time and assistance.

Respectfully submitted,

Tyrone Carter, Defendant

cc: TC/c