IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 96-30008 |
| | ) | |
| TYRONE CARTER, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION**

JEANNE E. SCOTT, U.S. District Judge:

This matter is before the Court on Defendant Tyrone Carter's Motion to Modify Term of Imprisonment (d/e 29). Defendant asks the Court to modify his sentence, which was imposed on July 15, 1996, by Judge Richard Mills. For the reasons set forth below, the Motion to Modify is denied.

Defendant relies on 18 U.S.C. § 3582(c)(2), which allows the Court to modify an imposed term of imprisonment "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 994(o)." 18 U.S.C. § 3582(c)(2). Defendant asserts that Amendment 599 to the United States Sentencing Guidelines

1

(U.S.S.G.) lowered his sentencing range. Amendment 599, which became effective November 1, 2000, amended the Application Notes to U.S.S.G. § 2K2.4. The stated reason for Amendment 599 is to clarify under what circumstances defendants who are sentenced for violation of 18 U.S.C. § 924(c), in conjunction with convictions for other offenses, may receive weapon enhancements contained in the guidelines for the other offenses. In the instant case, Defendant was charged, convicted, and sentenced on only one count, unlawful possession of a firearm by a convicted felon in violation of U.S.C. § 924(c). He was not subject to any weapon enhancements in the calculation of his U.S.S.G. sentencing range. <u>See Presentence Report (d/e 22)</u>; <u>Transcript of July 15, 1996 Sentencing Hearing (d/e 28)</u>. Amendment 599 is, therefore, inapplicable to Defendant's case. Defendant's request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2) is denied.

To the extent Defendant attempts to raise arguments outside the scope of 18 U.S.C. § 3582(c)(2), this Court lacks jurisdiction to consider them. Therefore, as set forth above, Defendant Tyrone Carter's Motion to Modify Term of Imprisonment (d/e 29) is DENIED.

IT IS THEREFORE SO ORDERED.

ENTER:_____, 2007.

FOR THE COURT.

_____
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE

3:96-cr-30008-JES   # 32   Page 3 of 3